**Opinion issued April 8, 2025**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

**NO. 01-24-00795-CV**

—————————————

**DAN AGAN, Appellant**

**V.**

**TOPGUNS LAND COMPNAY, INC. D/B/A TOP GUNS REALTY, GREGORY HOFFARD, AND M&H TEXAS DEVELOPMENT, LLC, Appellees**

---

**On Appeal from the 506th District Court**
**Grimes County, Texas**
**Trial Court Case No. 035731**

---

## MEMORANDUM OPINION

Appellant, Dan Agan, filed a notice of appeal from the trial court's July 26, 2024 judgment. On January 28, 2025, appellant and appellees, TopGuns Land Company, Inc., doing business as Top Guns Realty, Gregory Hoffart, and M&H

Texas Development, LLC filed a "Joint Notice of Settlement and Motion to Abate Deadlines," stating that the parties "reached an agreement that [would] resolve the case" and were "in the process of finalizing the terms of the settlement and preparing the necessary settlement documents to formalize the agreement." The parties therefore requested that the Court abate the appeal to allow the parties time to finalize the settlement documents. The Court granted the motion and abated the appeal pending settlement.

On March 24, 2025, appellant filed a "Motion to Reinstate Case and to Dismiss with Prejudice." In his motion, appellant stated that the parties had "settled and all necessary paperwork to effectuate the settlements ha[d] been finalized." Appellant therefore "request[ed] that the Court reinstate the appeal and immediately dismiss it."

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX R. APP. P. 42.1(a)(2), (c). Appellant's motion does not include a certificate of conference stating whether appellees are opposed to the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5). However, more than ten days have passed, and no party has opposed the motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, we grant appellant's motion, reinstate this appeal to the Court's active docket, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Morgan.